**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/22

Lawrence Young, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

Perfect Bar LLC and Mondelez Global LLC,

    Defendants.

Civil Action No.: 1:21-cv-9455

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through their respective undersigned counsel, and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED,** Defendants have taken and will continue to take through May 23, 2023, commercially reasonable steps necessary to cause those public facing portions of its and their websites, including www.perfectsnacks.com and those websites listed in Exhibit A hereto (collectively, the "Websites"), to provide effective communication to users with disabilities. Defendants shall use the Web Content Accessibility Guidelines ("WCAG") WCAG 2.1 Levels A and AA as a guide in providing effective communication.

**IT IS FURTHER STIPULATED AND AGREED,** that, notwithstanding anything contained herein, the Websites shall be permitted to link to web content owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals

.1.

with disabilities. The term "Third-Party Content" refers to web content that is not developed, owned, or operated by Defendants or any of its or their subsidiaries or affiliates. The Parties agree Defendants are not responsible for the accessibility of such Third-Party Content.

**IT IS FURTHER STIPULATED AND AGREED,** that notwithstanding anything contained herein, if the ADA is amended, if the Supreme Court or the U.S. Circuit Court of Appeals for the Second Circuit recognizes a standard for website accessibility, or if the DOJ promulgates a final ADA Title III regulation setting out a website accessibility standard before May 23, 2023, Defendants will commence reasonable and necessary efforts to ensure legal compliance with such standards within the time frames set forth in the law, guidelines, or regulations.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Case 1:21-cv-09455-VEC  Document 13  Filed 01/18/22  Page 3 of 3

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: January 10, 2022

Respectfully submitted,

By: /s/ Lewis S. Wiener
Lewis S. Wiener
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street, N.W., Suite 700
Washington, D.C. 20001
Telephone: (202) 383-0100
Facsimile: (202) 637-3593
lewiswiener@eversheds-sutherland.com

**Attorneys for Defendants**

By: /s/ Jeffrey M. Gottlieb
Jeffrey M. Gottlieb, Esq., (JG-7905)
**GOTTLIEB & ASSOCIATES**
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

**Attorney for Plaintiff**

---

This case is hereby dismissed with prejudice. The Clerk of Court is respectfully directed to terminate all open motions and close the case.

SO ORDERED.

/s/ Valerie Caproni  1/18/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE